AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>Wilmar MARTINEZ-TOMAS<br><br>Defendant(s) | )<br>)<br>) Case No. 21-8466-WM<br>)<br>)<br>) |

FILED BY  SMP  D.C.
Nov 30, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __November 27, 2021__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a). | Illegal re-entry. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, TFO Homeland Security Investigations
Printed name and title

Sworn to before me and signed in my presence, via Telephone- Facetime per Fed.R.Crim.P. 4(d) and 4.1.

Date: November 30, 2021

_____
Judge's signature

City and state: West Palm Beach, FL

WILLIAM MATTHEWMAN, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over eighteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Wilmar MARTINEZ-TOMAS committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about November 27, 2021, Wilmar MARTINEZ-TOMAS was arrested in Palm Beach County, Florida for violation of probation. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States, that is Wilmar MARTINEZ-TOMAS.

4. A review of the immigration records show that Wilmar MARTINEZ-TOMAS is a native and citizen of Guatemala. Records further show that on or about July

1

26, 2019, Wilmar MARTINEZ-TOMAS was ordered removed from the United States. The Order of Removal was executed on or about January 21, 2020, whereby Wilmar MARTINEZ-TOMAS was removed from the United States and returned to Guatemala.

5. Wilmar MARTINEZ-TOMAS's fingerprints taken in connection with his November 27, 2021 arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that the scanned fingerprints belong to the individual who was previously removed from the United States, that is Wilmar MARTINEZ-TOMAS.

6. A record check in the Computer Linked Application Informational Management System (CLAIMS) was performed to determine if Wilmar MARTINEZ-TOMAS filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Wilmar MARTINEZ-TOMAS obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

(Remainder of page intentionally left blank.)

7. Based on the foregoing, I submit that probable cause exists to believe that, on or about November 27, 2021, Wilmar MARTINEZ-TOMAS, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __30th__ day of November 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Wilmar MARTINEZ-TOMAS

Case No: 21-8466-WM

Count 1:

Illegal Re-Entry

Title 8, United States Code, Section 1326(a)

* **Max. Penalty:** 2 Years' Imprisonment, 1 year supervised release, and fine of up to $250,000.

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-8466-WM

UNITED STATES OF AMERICA

vs.

Wilmar MARTINEZ-TOMAS,

      Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? _____ Yes __X__ No

                          Respectfully submitted,

                          JUAN ANTONIO GONZALEZ
                          UNITED STATES ATTORNEY

BY:   /s/ Aurora Fagan
                          AURORA FAGAN
                          ASSISTANT UNITED STATES ATTORNEY
                          Florida Bar No. 0188591
                          500 S. Australian Ave, Ste. 400
                          West Palm Beach, Florida 33401
                          TEL (561) 820-8711
                          FAX (561) 820-8777
                          Aurora.Fagan@usdoj.gov